Decided March 15, 1995

RAYMOND RANCIATO *v.* JOSHUA NELSON ET AL.

The petitioner Raymond Ranciato's petition for certification for appeal from the Appellate Court, 36 Conn. App. 678, is denied.

*Alphonse DiBenedetto,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided March 15, 1995